UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 06-cr-00462-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. CRUZ ARTURO AGUIRRE-CORDERO,
     a/k/a Jose Morales-Mosqueda,

     Defendant.

_____

## ORDER

_____

     This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

     ORDERED that all pretrial motions shall be filed by **Tuesday, January 2, 2007,** and responses to these motions shall be filed by **Thursday, January 11, 2007.**  It is

     FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday, January 22, 2007, at 4:00 p.m., in courtroom A-1002.**  It is

     FURTHER ORDERED that a 3-day jury trial is set for **Monday, January 29, 2007, at 9:00 a.m., in courtroom A-1002.**

Dated:  December 11, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge